**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: ONE SOURCE RECYCLING, INC. | § | Case No. 12-83609 |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 24, 2012. The undersigned trustee was appointed on September 24, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     792,716.34

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 481,834.06 |
| Administrative expenses | 41,559.43 |
| Bank service fees | 3,553.07 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 164,939.54 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 100,830.24 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 01/30/2013 and the deadline for filing governmental claims was 04/29/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $34,638.84. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $34,638.84, for a total compensation of $34,638.84.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/23/2013     By: /s/BERNARD J. NATALE
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-83609  **Trustee:** (330370) BERNARD J. NATALE
**Case Name:** ONE SOURCE RECYCLING, INC.  **Filed (f) or Converted (c):** 09/24/12 (f)
 **§341(a) Meeting Date:** 10/25/12
**Period Ending:** 01/06/14  **Claims Bar Date:** 01/30/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account Chase Bank accounts, certificat | 13,694.29 | 13,694.29 | | 0.00 | FA |
| 2 | Accounts Receivable - See attached | 338,822.35 | 13,000.00 | | 96,343.98 | FA |
| 3 | Machiinery, fixtures and equipment. (See attache | 293,000.00 | 293,000.00 | | 659,758.17 | FA |
| 4 | WI TAX REFUND (u)<br>  For Tax Period ending 3/31/11 | 0.00 | 236.88 | | 236.88 | FA |
| 5 | FED TAX INCOME REFUND (u)<br>  FOR PERIOD ENDING 12/111 | 0.00 | Unknown | | 366.00 | FA |
| 6 | Refund - Telephone (u) | 0.00 | 55.82 | | 55.82 | FA |
| 7 | 941 Tax Refunds 9/11 and 3/11 (u) | 0.00 | 6,602.62 | | 6,602.62 | FA |
| 8 | Unscheduled W/H Refund for 3/31/11 (u) | 0.00 | 806.37 | | 806.37 | FA |
| 9 | Unscheduled W/H Refund for 6/30/11 (u) | 0.00 | 430.14 | | 430.14 | FA |
| 10 | Unscheduled W/H Refund for 9/30/11 (u) | 0.00 | 716.45 | | 716.45 | FA |
| 11 | Scrap Metal from 1218 Schappert Drive (u) | 0.00 | 22,000.00 | | 20,625.00 | FA |
| 12 | Note Receivable - John Stumpf (u) | 33,438.89 | 10,000.00 | | 5,000.00 | FA |
| 13 | Potential WI State Refund for 2012 (u) | Unknown | 418.00 | | 418.00 | FA |
| 13 | **Assets** Totals (Excluding unknown values) | **$678,955.53** | **$360,960.57** | | **$791,359.43** | **$0.00** |

**Major Activities Affecting Case Closing:**

AUCTION SALE OF REMAINING PROPERTY SCHEDULED FOR MAY 2013. TAX RETURNS WILL THEN BE PREPARED AND CASE WILL CLOSE SHORTLY THEREAFTER.

**Initial Projected Date Of Final Report (TFR):** December 31, 2013   **Current Projected Date Of Final Report (TFR):** December 31, 2013

Exhibit B

## Form 2
### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-83609  
**Case Name:** ONE SOURCE RECYCLING, INC.  
**Taxpayer ID #:** **-***1243  
**Period Ending:** 01/06/14

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******16-66 - Checking Account  
**Blanket Bond:** $606,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/30/12 | {2} | Ford Tool & Machining | Invoice No 69016 $25.00 | 1121-000 | 25.00 | | 25.00 |
| 10/30/12 | {2} | Pierce Distribution Services Co. | Invoice No 69250 $31.92 | 1121-000 | 31.92 | | 56.92 |
| 10/30/12 | {2} | Citgo Petroleum Corporation | Midwest Invoice No 132332727 $52.00 | 1121-000 | 52.00 | | 108.92 |
| 10/30/12 | {6} | TDS Metrocom, LLC | Refund 815-877-4179 | 1229-000 | 55.82 | | 164.74 |
| 10/30/12 | {2} | Anderson Brecon | Invoice No 69123 $90.00 | 1121-000 | 90.00 | | 254.74 |
| 10/30/12 | {2} | Aurora Specialty Textiles Group, Inc. | Invoice No 69185 $150.00 | 1121-000 | 150.00 | | 404.74 |
| 10/30/12 | {2} | Alter Metal Recycling | Pymt of A/R | 1121-000 | 172.80 | | 577.54 |
| 10/30/12 | {2} | Alter Metal Recycling | Pymt of A/R | 1121-000 | 188.75 | | 766.29 |
| 10/30/12 | {2} | Behr Iron and Steel, Inc. | Invoice No 3597515 #192.60 | 1121-000 | 192.60 | | 958.89 |
| 10/30/12 | {4} | Wisconsin Department of Revenue | Refund for withholdings for tax period ending 3/31/11 | 1224-000 | 236.88 | | 1,195.77 |
| 10/30/12 | {2} | Behr Iron and Steel, Inc. | Invoice No 3620543 $147.20~Invoice No 3620725 $187.20 | 1121-000 | 334.40 | | 1,530.17 |
| 10/30/12 | {2} | GKN Rockford, Inc. | Invoice No 68984 $350.00 | 1121-000 | 350.00 | | 1,880.17 |
| 10/30/12 | {5} | United States Treasury | Refund for tax period ending 12/11 | 1224-000 | 366.00 | | 2,246.17 |
| 10/30/12 | {2} | TH Foods, Inc. | Invoice No 69142 $400.00 | 1121-000 | 400.00 | | 2,646.17 |
| 10/30/12 | {2} | Veolia Environmental Services | Invoice No 11566 $450.00 | 1121-000 | 450.00 | | 3,096.17 |
| 10/30/12 | {2} | Panoramic Inc | Invoice No 69188 $150.00~Invoice NO 69203 $600.00 | 1121-000 | 750.00 | | 3,846.17 |
| 10/30/12 | {2} | National Fiber Supply Company | Invoice No 69238 $820.40 | 1121-000 | 820.40 | | 4,666.57 |
| 10/30/12 | {2} | Northwest Pallet Supply Co. | Invoice No 68913 $500.00~Invoice No 68931 $435.00~Invoice No 68951 $458.28 | 1121-000 | 1,393.28 | | 6,059.85 |
| 10/30/12 | {2} | Liebovich Steel & Aluminum Co. | Invoice No 69204 $1790.25 | 1121-000 | 1,790.25 | | 7,850.10 |
| 10/30/12 | {2} | National Fiber Supply Company | Invoice No 69212 $846.80~Invoice No 69221 $3016.20 | 1121-000 | 3,863.00 | | 11,713.10 |
| 10/30/12 | {2} | Anderson Brecon | Invoice No 69160 $3766.80~Invoice No 69161 $124.58 | 1121-000 | 3,891.38 | | 15,604.48 |
| 10/30/12 | {2} | Anderson Brecon | Invoice No 69228 $1070.40~Invoice No 69229 $667.20~Invoice No 69230 $520.40~Invoice No 69231 $861.20~Invoice No 69254 $788.20~Invoice No 69252 $95.00~Invoice No 69253 $830.10~Invoice No 69249 $693.12 | 1121-000 | 5,525.62 | | 21,130.10 |
| 10/30/12 | {2} | Mega Fiber Inc. | Ref No 91912 $5939.70 | 1121-000 | 5,939.70 | | 27,069.80 |
| 10/30/12 | {2} | Anderson Brecon | Invoice No 69209 $437.60~Invoice No 69207 $1303.20~Invoice No 69173 $150.00~Invoice No 69174 $1338.00~Invoice No 69175 $ 610.50~Invoice No 69176 $2493.60~Invoice No 68995 $1580.40 | 1121-000 | 7,913.30 | | 34,983.10 |

Subtotals :   $34,983.10    $0.00

{} Asset reference(s)

Printed: 01/06/2014 08:36 AM    V.13.13

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-83609  
**Case Name:** ONE SOURCE RECYCLING, INC.  
**Taxpayer ID #:** **-***1243  
**Period Ending:** 01/06/14

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******16-66 - Checking Account  
**Blanket Bond:** $606,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/30/12 | {2} | KW Plastics Recycling Division | Voucher No 916950  $9546.58 | 1121-000 | 9,546.58 | | 44,529.68 |
| 10/30/12 | {2} | KW Plastics Recycling Division | Voucher No 818319  $10572.82 | 1121-000 | 10,572.82 | | 55,102.50 |
| 10/30/12 | {2} | KW Plastics Recycling Division | Voucher No 818187  $11,005.00 | 1121-000 | 11,005.00 | | 66,107.50 |
| 10/30/12 | {2} | KW Plastics Recycling Division | Voucher No 917785  $11,068.32 | 1121-000 | 11,068.23 | | 77,175.73 |
| 11/21/12 | {2} | Liebovich Steel & Aluminum Co | Stop Payment Put on Check by Payer | 1121-000 | -1,790.25 | | 75,385.48 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 155.20 | 75,230.28 |
| 12/11/12 | {2} | Schneider Electric Buildings, LLC | Pymt for Invoice 69170 | 1121-000 | 65.00 | | 75,295.28 |
| 12/11/12 | {2} | Schneider Electric Buildings, LLC | Pymt for Invoice 69128 | 1121-000 | 130.00 | | 75,425.28 |
| 12/11/12 | {2} | Greenlee Textron | Pymt of Invoices 69167, 69166, 69166, 69168 | 1121-000 | 958.67 | | 76,383.95 |
| 12/11/12 | {2} | Waste Integration Service Center | Pymt of Invoice 69246 | 1121-000 | 990.45 | | 77,374.40 |
| 12/11/12 | {2} | GKN Rockford | Pymt of Invoice 69140 | 1121-000 | 350.00 | | 77,724.40 |
| 12/11/12 | {2} | Alter Metal Recycling | Pymt | 1121-000 | 468.00 | | 78,192.40 |
| 12/11/12 | {7} | United States Treasury | Tax Refund for 941 Taxes Period of 9/11 | 1224-000 | 3,531.81 | | 81,724.21 |
| 12/11/12 | {7} | United States Treasury | Refund of 941 Taxes for the period ending 3/11 | 1224-000 | 3,070.81 | | 84,795.02 |
| 12/18/12 | {2} | Schneider Electric Buildings, LLC | Reversed Deposit 100004 2 Pymt for Invoice 69128 | 1121-000 | -130.00 | | 84,665.02 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 160.02 | 84,505.00 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033037088 20130117 | 9999-000 | | 84,505.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 84,820.22 | 84,820.22 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 84,505.00 | |
| | | | **Subtotal** | | 84,820.22 | 315.22 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$84,820.22** | **$315.22** | |

{} Asset reference(s)

Printed: 01/06/2014 08:36 AM      V.13.13

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 12-83609  
**Case Name:** ONE SOURCE RECYCLING, INC.

**Taxpayer ID #:** **-***1243  
**Period Ending:** 01/06/14

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******16-67 - Checking Account  
**Blanket Bond:** $606,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 01/06/2014 08:36 AM    V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 12-83609  
**Case Name:** ONE SOURCE RECYCLING, INC.  
**Taxpayer ID #:** **-***1243  
**Period Ending:** 01/06/14

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6266 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 84,505.00 | | 84,505.00 |
| 01/31/13 | {2} | Schneider Electric Buildings, LLC | Pymt of Invoice #69128 | 1121-000 | 130.00 | | 84,635.00 |
| 01/31/13 | {2} | Waste Integration Service Center | Pymt of Invoices 69169, 69191, and 69192 | 1121-000 | 935.07 | | 85,570.07 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 129.63 | 85,440.44 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 114.64 | 85,325.80 |
| 03/26/13 | {9} | State of Illinois Treasurer | Unscheduled Refund for W/H for Period 6/30/11 | 1224-000 | 430.14 | | 85,755.94 |
| 03/26/13 | {8} | State of Illinois Treasurer | Unscheduled Refund for W/H for period 3/31/11 | 1224-000 | 806.37 | | 86,562.31 |
| 03/26/13 | {10} | State of Illinois Treasurer | Unscheduled Refund for W/H for period 9/30/11 | 1224-000 | 716.45 | | 87,278.76 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.82 | 87,159.94 |
| 04/09/13 | {11} | Harris Silver & Sons, Inc. | Pymt for Sale of Scrap Metal | 1229-000 | 20,625.00 | | 107,784.94 |
| 04/26/13 | {2} | Greenlee Textron | Pymt of Invoice #69029 | 1121-000 | 94.56 | | 107,879.50 |
| 04/26/13 | {2} | Acme Refining Scrap Iron & Metal Company | Pymt of Invoices 696207-210 | 1121-000 | 17,625.45 | | 125,504.95 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 154.35 | 125,350.60 |
| 05/16/13 | {12} | John Stumpf | Partial payment on compromise | 1221-000 | 5,000.00 | | 130,350.60 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 189.66 | 130,160.94 |
| 06/03/13 | 10101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #12-83609, Pymt Bond #016018067 Voided on 06/03/13 | 2300-003 | | 98.17 | 130,062.77 |
| 06/03/13 | 10101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #12-83609, Pymt Bond #016018067 Voided: check issued on 06/03/13 | 2300-003 | | -98.17 | 130,160.94 |
| 06/03/13 | 10102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #12-83609, Pymt of Bond #016018067 for 06/01/13 to 06/01/14 | 2300-000 | | 101.39 | 130,059.55 |
| 06/12/13 | {3} | PPL Group LLC | Wire Transfer for Proceeds from Auction Sale | 1129-000 | 659,758.17 | | 789,817.72 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 680.76 | 789,136.96 |
| 07/03/13 | 10103 | BERNARD J. NATALE, LTD | PAYMENT OF INTERIM ATTORNEY FEES & EXPENSES | | | 18,308.04 | 770,828.92 |
| | | | Ref # 10/23/12-06/11/13       17,993.75 | 3110-000 | | | 770,828.92 |
| | | | Ref # 10/23/12-06/11/13          314.29 | 3120-000 | | | 770,828.92 |

Subtotals: $790,626.21    $19,797.29

{} Asset reference(s)

Printed: 01/06/2014 08:36 AM    V.13.13

Exhibit B

## Form 2

### Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 12-83609  
**Case Name:** ONE SOURCE RECYCLING, INC.  
**Taxpayer ID #:** **-***1243  
**Period Ending:** 01/06/14  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6266 - Checking Account  
**Blanket Bond:** $606,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/09/13 | 10104 | HINSHAW CULBERTSON | Payment of Admin Rent Per Settlement & Order Entered by Bankruptcy Court 7/3/13 Voided on 07/10/13 | 2410-003 | | 20,625.00 | 750,203.92 |
| 07/09/13 | 10105 | Trustee Stephen Balsley | 17% of the Proceeds of Joint Auction Held on 5/16/13  Case #12-83613 | 8500-002 | | 107,483.89 | 642,720.03 |
| 07/09/13 | 10106 | Trustee Stephen Balsley | 8% Proceeds from the Joint Sale held 5/16/13 Case #12-83611 | 8500-002 | | 50,580.65 | 592,139.38 |
| 07/09/13 | 10107 | JPMORGAN CHASE | Ref # LOAN NO. ENDING 527015 Pymt per Order Entered 4/15/13 | 4110-000 | | 226,834.06 | 365,305.32 |
| 07/10/13 | 10104 | HINSHAW CULBERTSON | Payment of Admin Rent Per Settlement & Order Entered by Bankruptcy Court 7/3/13 Voided: check issued on 07/09/13 | 2410-003 | | -20,625.00 | 385,930.32 |
| 07/10/13 | 10108 | HINSHAW CULBERTSON | Pymt in full of Rent for G&E Entities per Order entered 4/15/13 | | | 27,500.00 | 358,430.32 |
| | | | 17% of Adm Rent Paid   4,675.00 for Estate of Clean Construction | 8500-002 | | | 358,430.32 |
| | | | 8% Paid for Adm Rent   2,200.00 for Estate of Glass Recycling | 8500-002 | | | 358,430.32 |
| | | HINSHAW CULBERTSON | 75% of Rent Paid for   20,625.00 Adm Rent | 2410-000 | | | 358,430.32 |
| 07/22/13 | 10109 | JPMorgan Chase | Interim payment on Claim | 4110-000 | | 150,000.00 | 208,430.32 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,017.10 | 207,413.22 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 298.33 | 207,114.89 |
| 09/03/13 | 10110 | JPMorgan Chase | Partial Pymt on Claim | 4110-000 | | 105,000.00 | 102,114.89 |
| 09/18/13 | | Patten Industries, Inc. | Receipt of Credit Balance from Acct | 1290-000 | 996.70 | | 103,111.59 |
| 09/24/13 | 10111 | KARL K BARNES & ASSOCIATES P C | Pymt of Accounting Fees Ref # 22489 | 3410-000 | | 2,525.00 | 100,586.59 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 238.06 | 100,348.53 |
| 10/01/13 | | City of Loves Park | Refund on water bill | 1290-000 | 12.31 | | 100,360.84 |
| 10/01/13 | | State of Illinois | Refund on Unemployment taxes | 1224-000 | 347.90 | | 100,708.74 |
| 10/01/13 | {13} | Wisconsin Department of Revenue | Refund for Tax Period ending 2012 | 1224-000 | 418.00 | | 101,126.74 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 160.96 | 100,965.78 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 135.54 | 100,830.24 |
| 12/16/13 | {1} | One Source Recycling, Inc. | Cash out Checking Acct at Chase Bank | 1129-000 | 1,222.74 | | 102,052.98 |
| 01/03/14 | {1} | One Source Recycling, Inc. | Check Returned NSF - No  Funds in Account | 1129-000 | -1,222.74 | | 100,830.24 |

Subtotals :   $1,774.91   $671,773.59

{} Asset reference(s)   Printed: 01/06/2014 08:36 AM    V.13.13

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 12-83609  
**Case Name:** ONE SOURCE RECYCLING, INC.  

**Taxpayer ID #:** **-***1243  
**Period Ending:** 01/06/14  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6266 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 792,401.12 | 691,570.88 | $100,830.24 |
| | | | Less: Bank Transfers | | 84,505.00 | 0.00 | |
| | | | **Subtotal** | | 707,896.12 | 691,570.88 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$707,896.12** | **$691,570.88** | |

Net Receipts : 792,716.34  
Less Other Noncompensable Items : 164,939.54  
Net Estate : $627,776.80

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******16-66** | 84,820.22 | 315.22 | 0.00 |
| **Checking # ****-******16-67** | 0.00 | 0.00 | 0.00 |
| **Checking # ******6266** | 707,896.12 | 691,570.88 | 100,830.24 |
| | $792,716.34 | $691,886.10 | $100,830.24 |

# E X H I B I T   A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 30, 2013

**Case Number:** 12-83609  
**Debtor Name:** ONE SOURCE RECYCLING, INC.

Page: 1

**Date:** January 6, 2014  
**Time:** 08:36:28 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| EXP 199 | BERNARD J. NATALE, LTD.<br>6833 STALTER DRIVE, STE 201<br>ROCKFORD, IL 61108 | Admin Ch. 7 | FINAL | $41.20 | $0.00 | 41.20 |
| ACCT 199 | KARL K BARNES & ASSOCIATES P C<br>6875 CARMAN DRIVE<br>P O BOX 6104<br>ROCKFORD, IL 61125 | Admin Ch. 7 | 22489<br>Approved pursuant to order entered on 9/23/13 | $2,525.00 | $2,525.00 | 0.00 |
| ATTY 199 | BERNARD J. NATALE, LTD.<br>6833 STALTER DRIVE, STE 201<br>ROCKFORD, IL 61108 | Admin Ch. 7 | FINAL FEES | $5,669.50 | $0.00 | 5,669.50 |
| BOND 199 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Admin Ch. 7 | | $101.39 | $101.39 | 0.00 |
| BOND 199 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Admin Ch. 7 | | $0.00 | $0.00 | 0.00 |
| TRTE 199 | BERNARD J. NATALE<br>6833 STALTER DRIVE<br>SUITE 201<br>ROCKFORD, IL 61108 | Admin Ch. 7 | | $34,638.84 | $0.00 | 34,638.84 |
| ADVFEE 199 | CLERK OF THE BANKRUPTCY COURT<br>327 S CHURCH STREET<br>ROOM 1100<br>ROCKFORD, IL 61101 | Admin Ch. 7 | RE STUMPF | $293.00 | $0.00 | 293.00 |
| INTEXP 199 | BERNARD J. NATALE, LTD.<br>6833 STALTER DRIVE, STE 201<br>ROCKFORD, IL 61108 | Admin Ch. 7 | 10/23/12-06/11/13 | $314.29 | $314.29 | 0.00 |
| INTATTY 199 | BERNARD J. NATALE, LTD.<br>6833 STALTER DRIVE, STE 201<br>ROCKFORD, IL 61108 | Admin Ch. 7 | 10/23/12-06/11/13 | $17,993.75 | $17,993.75 | 0.00 |
| ADMINREN 199 | HINSHAW CULBERTSON<br>ATTORNEYS FOR G&E LANDLORDS<br>P O BOX 1389<br>ROCKFORD, IL 61105 | Admin Ch. 7 | Per Order entered 7/3/13 approving sale | $20,625.00 | $20,625.00 | 0.00 |
| 6 950 | JPMorgan Chase<br>c/o Attorney Jamie S. Cassel<br>2902 McFarland Road, Suite 400<br>Rockford, IL 61107 | Secured | | $751,781.64 | $481,834.06 | 269,947.58 |
| 1 610 | Weimer Bearing & Transmission, Inc.<br>W134 N5368 Campbell Dr.<br>Menomonee Falls, WI 53051 | Unsecured | | $2,625.72 | $0.00 | 2,625.72 |

# E X H I B I T   A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 30, 2013

**Case Number:** 12-83609  
**Debtor Name:** ONE SOURCE RECYCLING, INC.

Page: 2

**Date:** January 6, 2014  
**Time:** 08:36:28 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 2 / 610 | Donley Trucking<br>P.O. Box 13<br>Williamsville, IL 62693 | Unsecured | | $1,600.16 | $0.00 | 1,600.16 |
| 3 / 610 | Maggio Truck Recycling, Inc.<br>c/o Attorney Joseph D. Olsen<br>1318 East State Street<br>Rockford, IL 6104 | Unsecured | | $470.12 | $0.00 | 470.12 |
| 4 / 610 | Cellusuede<br>500 N. Madison Street<br>Rockford, IL 61107 | Unsecured | | $151.87 | $0.00 | 151.87 |
| 5 / 610 | Remcon Equipment Inc.<br>P.O. Box 942<br>Airway Heights, WA 99001 | Unsecured | | $666.38 | $0.00 | 666.38 |
| 7 / 610 | Wilkens Industries, Inc.<br>184 South County Rd 22<br>Morris, MN 56267 | Unsecured | | $656.53 | $0.00 | 656.53 |
| 8 / 610 | Village Of Pleasant Prairie<br>9915 39th Avenue<br>Pleasant Prairie, WI 53158 | Unsecured | | $18,829.22 | $0.00 | 18,829.22 |
| **<< Totals >>** | | | | 858,983.61 | 523,393.49 | 335,590.12 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-83609
Case Name: ONE SOURCE RECYCLING, INC.
Trustee Name: BERNARD J. NATALE

**Balance on hand:** $ 100,830.24

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | JPMorgan Chase | 751,781.64 | 751,781.64 | 481,834.06 | 35,187.70 |

Total to be paid to secured creditors: $ 35,187.70
Remaining balance: $ 65,642.54

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 34,638.84 | 0.00 | 34,638.84 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 23,663.25 | 17,993.75 | 5,669.50 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 355.49 | 314.29 | 41.20 |
| Accountant for Trustee, Fees - KARL K BARNES & ASSOCIATES P C | 2,525.00 | 2,525.00 | 0.00 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |
| Other Expenses: HINSHAW CULBERTSON | 20,625.00 | 20,625.00 | 0.00 |
| Other Expenses: INTERNATIONAL SURETIES, LTD | 101.39 | 101.39 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 40,642.54
Remaining balance: $ 25,000.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 25,000.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 25,000.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Weimer Bearing & Transmission, Inc. | 2,625.72 | 0.00 | 2,625.72 |
| 2 | Donley Trucking | 1,600.16 | 0.00 | 1,600.16 |
| 3 | Maggio Truck Recycling, Inc. | 470.12 | 0.00 | 470.12 |
| 4 | Cellusuede | 151.87 | 0.00 | 151.87 |
| 5 | Remcon Equipment Inc. | 666.38 | 0.00 | 666.38 |
| 7 | Wilkens Industries, Inc. | 656.53 | 0.00 | 656.53 |
| 8 | Village Of Pleasant Prairie | 18,829.22 | 0.00 | 18,829.22 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 25,000.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**