# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: ONE SOURCE RECYCLING, INC.          § Case No. 12-83609
                                           §
                                           §
Debtor(s)                                  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court
327 S Church Street, Room 1100
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 02/19/2014 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  01/29/2014        By:  /s/BERNARD J. NATALE
                                                                                                  Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: ONE SOURCE RECYCLING, INC. | § | Case No. 12-83609 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 792,716.34 |
| *and approved disbursements of* | $ 691,886.10 |
| *leaving a balance on hand of* [1] | $ 100,830.24 |
| **Balance on hand:** | $ 100,830.24 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | JPMorgan Chase | 751,781.64 | 751,781.64 | 481,834.06 | 35,187.70 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 35,187.70 |
| Remaining balance: | $ 65,642.54 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 34,638.84 | 0.00 | 34,638.84 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 23,663.25 | 17,993.75 | 5,669.50 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 355.49 | 314.29 | 41.20 |
| Accountant for Trustee, Fees - KARL K BARNES & ASSOCIATES P C | 2,525.00 | 2,525.00 | 0.00 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |
| Other Expenses: HINSHAW CULBERTSON | 20,625.00 | 20,625.00 | 0.00 |
| Other Expenses: INTERNATIONAL SURETIES, LTD | 101.39 | 101.39 | 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 40,642.54 |
| Remaining balance: | $ | 25,000.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 25,000.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 25,000.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Weimer Bearing & Transmission, Inc. | 2,625.72 | 0.00 | 2,625.72 |
| 2 | Donley Trucking | 1,600.16 | 0.00 | 1,600.16 |
| 3 | Maggio Truck Recycling, Inc. | 470.12 | 0.00 | 470.12 |
| 4 | Cellusuede | 151.87 | 0.00 | 151.87 |
| 5 | Remcon Equipment Inc. | 666.38 | 0.00 | 666.38 |
| 7 | Wilkens Industries, Inc. | 656.53 | 0.00 | 656.53 |
| 8 | Village Of Pleasant Prairie | 18,829.22 | 0.00 | 18,829.22 |

**UST Form 101-7-NFR (10/1/2010)**

|   |   |   |   |
|---|---|---|---|
| Total to be paid for timely general unsecured claims: | | $ | 25,000.00 |
| Remaining balance: | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|   |   |   |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|   |   |   |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL 61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                                United States Bankruptcy Court
                                 Northern District of Illinois
In re:                                                                          Case No. 12-83609-TML
One Source Recycling, Inc.                                                      Chapter 7
          Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0752-3            User: vgossett              Page 1 of 3                  Date Rcvd: Jan 30, 2014
                                Form ID: pdf006             Total Noticed: 98


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2014.
db           #+One Source Recycling, Inc.,    2131 Harlem Road,    Loves Park, IL 61111-2751
19546751      +AA Construction,    1910 Homewood Drive,    Rockford, IL 61108-6665
19546651      +Abel Mora,    712 S. 3rd Street,    Rockford, IL 61104-2905
19546752      +Accent Wire Produce,    10131 FM2920,    Tomball, TX 77375-8918
19546753      +Anderson Packaging - Assembly,     4545 Assembly Drive,    Rockford, IL 61109-3081
19546754      +Anderson Packaging - Kishwaukee,     4545 Assembly Drive,    Rockford, IL 61109-3081
19546755      +Anderson Packaging - New Milford,     1635 New Milford School Road,    Rockford, IL 61109-4335
19546756      +Belvidere USA Corporation,    1 Belvidere Blvd.,    Belvidere, IL 61008-4296
19546757      +Boylan High School,    4000 St. Francis Drive,    Rockford, IL 61103-1699
19546758       Caterpillar Financial Services Corp.,     P.O. Box 730669,    Dallas, TX 75373-0669
19546759      +Cellusuede,    500 N. Madison Street,    Rockford, IL 61107-3982
19475803      +Chase Bank,    P.O. Box 659732,    San Antonio, TX 78265-9732
19546650      +Chase Bank,    P.O. Box 4661,    Houston, TX 77210-4661
19546760      +Chrysler Corporation,    6060 N. Hix Road,    Westland, MN 48185-1938
19546761      +City Of Beloit,    Public Works Operations,    2351 Springbrook Court,    Beloit, WI 53511-6907
19546762      +City Of Rockford,    425 East State Street,    Rockford, IL 61104-1068
19546764       Contract Transport Services, Inc.,     P.O. Box 8235,    Green Bay, WI 54308-8235
19546765      +Custom Pack,    361 Keyes Ave.,    Hampshire, IL 60140-9458
19546766      +Donley Trucking,    P.O. Box 13,    Williamsville, IL 62693-0013
19546768    ++++ECO TECH,    1956 S PINE ST,    BURLINGTON WI  53105-2358
             (address filed with court: Eco Tech,     6455 S. Pine Street,    Burlington, WI 53105)
19546767       Eco Lab, Inc.,    Attn: Judy Marinelli,    P.O. Box 1018,    Beloit, WI 53512-1018
19546771      +Fleet Lift Truck Service Inc.,     P.O. Box 238,    Roscoe, IL 61073-0238
19546772      +G & K Services,    5611 11th Street,    Rockford, IL 61109-3654
19546929      +G&E LLC,    17120 Laube Road,    Davis, IL 61019-9606
19546773      +GKN Rockford,    1200 Windsor Road,    Loves Park, IL 61111-4250
19546774      +Gray Foods Inc.,    1630 N. Alpine Road,    Rockford, IL 61107-1436
19546775      +Great Lakes Recycling Services, Inc.,     P.O. Box 70,    Worth, IL 60482-0070
19546776       Greenlee Textron,    4455 Boeing Drive,    Dept. Ref: 4020,    25117 Network Place,
               Chicago, IL 60573
19475802      +Hampilos & Langley Ltd,    308 West State St Suite 210,    Rockford, IL 61101-1140
19475804       Haycore Canada,    3144 Gregoire Road,    Russell, ON   K4R 1E5
19546777      #+Indiana Insurance Company,    P.O. Box 145476,    Loveland, OH 45250-5476
19546778      +International Paper,    Attn: Sue Emrich,    2800 Dixon Street,    Des Moines, IA 50316-1830
19917792      +JPMorgan Chase,    c/o Attorney Jamie S. Cassel,    Reno & Zahm, LLP,
               2902 McFarland Road, Suite 400,     Rockford, IL 61107-6801
19546780      +Jamco Products,    P.O. Box 56,    South Beloit, IL 61080-0056
19546652      +Jose M. Belmontes,    2321 8th Street,    Rockford, IL 61104-7127
19546781       Kable News Co., Inc.,    Kable Square Mt. Morris,    Mt. Morris, IL 61054
19546835       Kehms,    6520 20th Street,    Rochelle, IL 61068
19546836       Kelley Williamson Company,    P.O. Box 71061,    Chicago, IL 60694-1061
19546837      +L & P Wire Tie Systems,    U.S. Bank,    P.O. Box 952092,    St. Louis, MO 63195-2092
19546838      +Lab Safety Supply,    P.O. Box 1368,    Janesville, WI 53547-1368
19546839      +Maggio Truck Center, Inc.,    4752 Baxter Road,    Rockford, IL 61109-5252
19736361      +Maggio Truck Recycling, Inc.,    c/o Attorney Joseph D. Olsen,    1318 East State Street,
               Rockford, IL 61104-2228
19546840      +Marengo Disposal,    1050 Greenlee Street,    Mrengo, IL 60152-8246
19546841       Mega Fab,    850 Race Street,    Rockford, IL 61108
19546842       Mid-City Office Products,    P.O. Box 957,    Rockford, IL 61105-0957
19546843       MidAmerican Energy,    P.O. Box 8020,    Davenport, IA 52808-8020
19546844      +Mike Nelson & Family,    P.O. Box 305,    Winnebago, IL 61088-0305
19546845       Miller-Bradford & Risberg Inc.,     3787 11th Street,    Rockford, IL 61109
19546846      +Nicholson Hardware,    1131 Second Ave.,    Rockford, IL 61104-2256
19546847      +Northwest Pallet,    3648 Morreim Drive,    Belvidere, IL 61008-6346
19546853      +PRI Group LLC,    615 Northwest Ave.,    Northlake, IL 60164-1301
19546848      +Paccar Parts,    Attn: Shanetta Davis,    1041 Simpson Road,    Rockford, IL 61102-4610
19546849      +Pacemaker Belvidere,    413 South Towne Drive,    Belvidere, IL 61008-5698
19546850      +Panoramic Janesville,    Attn: Brian Dull,    1500 N. Parker Drive,    Janesville, WI 53545-0732
19546851      +Pierce Distributors,    3686 S. Central Ave.,    Rockford, IL 61102-4293
19546854      +Randee's Music,    4116 Morsay Drive,    Rockford, IL 61107-4873
19546855      +Reed's Mobil Equipment Repair,     1210 Milford Avenue,    Rockford, IL 61109-3638
19546860      +Remcon Equipment Inc.,    P.O. Box 942,    Airway Heights, WA 99001-0942
19475805      +Republic Services,    % Jean Busch,    9813 Flying Cloud Dr,    Eden Prairie, MN 55347-4005
19546862      +Rock River Disposal,    Attn: Debbie,    4002 S. Main Street,    Rockford, IL 61102-4664
19546863      +Rock Valley Publishing,    11512 N. Second St.,    Machesney Park, IL 61115-1101
19546864      +Rockford Business Systems,    4901 Zenith Parkway,    Machesney Park, IL 61115-4412
19546865      +Rockford Industrial Welding,     P.O. Box 5404,    Rockford, IL 61125-0404
19546866      +Rockford Process Control,    2020 7th Street,    Rockford, IL 61104-5353
19546867      +Rockford Spring,    3801 S. Central,    Rockford, IL 61102-4249
19546868      +Rockford Toolcraft,    766 Research Parkway,    Rockford, IL 61109-2938
19546653      +Rufino Escorcia,    824 Sanford St. #3,    Rockford, IL 61102-2875
19546869      +Ryan Anderson Trucking Inc.,    8719 Dickenson Road,    Winnebago, IL 61088-8928
19546870      +Seneca Foods Inc.,    Attn: Mark Gavigan,    418 Conde Street,    Janesville, WI 53546-3098
19546871      +Silgan,    400 N. 15th Street,    Rochelle, IL 61068-1272
```

```
District/off: 0752-3          User: vgossett            Page 2 of 3                  Date Rcvd: Jan 30, 2014
                              Form ID: pdf006           Total Noticed: 98

19546872      Sims Bros, Inc.,    Attn: Megan Alexander,    P.O. Box 1170,    Marion, OH 43301-1170
19546887     #+Southeastern Container,    1630 Apex Drive,    Beloit, WI 53511-9806
19546888     +Southern Lakes Recycle,    220 S. Broad Street,    Elkhorn, WI 53121-1802
19546890     +Sta Rite,    293 Wright Street,    Delavan, WI 53115-2008
19546891     +Strategic Materials Inc.,    16365 Park Ten Place #200,    Houston, TX 77084-5062
19546892     +Syncreon Belvidere,    Attn: John Huwe,    P.O. Box 510,    Belvidere, IL 61008-0510
19546893     +TH Foods,    2154 Harlem Road,    Loves Park, IL 61111-2752
19546894     +Town & County Sanitation,    P.O. Box 7,    Boscobel, WI 53805-0007
19546895     +UDL Laboratories,    Attn: Ken Doherty,    1718 Northrock Court,    Rockford, IL 61103-1201
19546896     +Veolia - Greenlee,    Veolia ES Solid Waste Midwest LLC,    P.O. Box 6484,
               Carol Stream, IL 60197-6484
19546897     +Veolia - Lowe's,    Veolia ES Solid Waste Miwest, LLC,    P.O. Box 6484,
               Carol Stream, IL 60197-6484
19546899     +Veolia ES Orchard Hills Landfill,    8290 Highway 251,    Davis Junction, IL 61020-9706
19475806     +Veolia ES Solid Waste Midwest LLC,    8538 Highway 251 South,    Davis Junction, IL 61020-9706
19546898     +Veolia Environmental Services,    8538 Highway 251 South,    Davis Junction, IL 61020-9706
19546900     +Village Of Pleasant Prairie,    9915 39th Avenue,    Pleasant Prairie, WI 53158-6501
19546901      Waldon Electronics,    1809 Morgan Street,    Rockford, IL 61102
19546902     +Warner Linear,    6593 Revlon Drive,    Belvidere, IL 61008-8553
19546903     +Waste Management,    Attn: Katie Miner,    W132 N10487 Grant Drive,    German Town, WI 53022-4445
19555259     +Weimer Bearing & Transmission, Inc.,    W134 N5368 Campbell Dr.,    Menomonee Falls, WI 53051-7022
19546904     +West Florida Recycling,    P.O. Box 1026,    Huntington Beach, CA 92647-1026
20017147     +Wilkens Industries, Inc.,    184 South County Rd 22,    Morris, MN 56267-4690
19546905     +Winnebago Reclamation Services,    P.O.Box 5523,    Rockford, IL 61125-0523
19546906     +X-Pert One Trucking Corp.,    3025 20th Street,    Rockford, IL 61109-1414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19546763     +E-mail/Text: legalcollections@comed.com Jan 31 2014 00:08:35      ComEd,    P.O. Box 6111,
               Carol Stream, IL 60197-6111
19546770      E-mail/Text: legal@fastenal.com Jan 31 2014 00:07:10      Fastenal Company,    P.O. Box 978,
               Winona, MN 55987-0978
19546779      E-mail/Text: bankruptcy2@ironmountain.com Jan 31 2014 00:08:00      Iron Mountain,
               P.O. Box 27128,    New York, NY 10087-7128
19546852      E-mail/Text: bankruptcy@pb.com Jan 31 2014 00:08:37      Pitney Bowes Inc.,    P.O. Box 856390,
               Louisville, KY 40285-6390
19546889      E-mail/Text: appebnmailbox@sprint.com Jan 31 2014 00:07:28      Sprint,    P.O. Box 4181,
               Carol Stream, IL 60197
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19475801*    +One Source Recycling Inc,    2131 Harlem Road,    Loves Park, IL 61111-2751
19546769    ##+Express America Inc.,    405 W. 11th Street,    Pecatonica, IL 61063-9174
19546861    ##+Rigging Services Inc.,    P.O. Box 6679,    Rockford, IL 61125-1679
                                                                                  TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2014                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-3          User: vgossett              Page 3 of 3                  Date Rcvd: Jan 30, 2014
                              Form ID: pdf006             Total Noticed: 98
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2014 at the address(es) listed below:

```
              Bernard J Natale     on behalf of Accountant    Karl Barnes natalelaw@bjnatalelaw.com,
               IL42@ecfcbis.com
              Bernard J Natale     natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
              Bernard J Natale     on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com,
               IL42@ecfcbis.com
              David L Davitt     on behalf of Defendant John   Stumpf ddavitt@rockriverlaw.com,
               bethhugdahl@rockriverlaw.com;davittlegal@gmail.com
              George P Hampilos     on behalf of Debtor    One Source Recycling, Inc. georgehamp@aol.com,
               kris@hampilos-langley.com
              Jamie S. Cassel     on behalf of Creditor    JPMorgan Chase jsc@renozahm.com
              Meghan N Bolte     on behalf of Plaintiff Bernard J. Natale mmagnuson@bjnatalelaw.com,
               mbolte@bjnatalelaw.com
              Meghan N Bolte     on behalf of Trustee Bernard J Natale mmagnuson@bjnatalelaw.com,
               mbolte@bjnatalelaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Scott E Hillison     on behalf of Trustee Bernard J Natale hillison@pacatrust.com
                                                                                            TOTAL: 10
```