# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re:  ONE SOURCE RECYCLING, INC.                    §   Case No. 12-83609
                                                       §
                                                       §
_Debtor(s)_                                            §   _____

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $13,694.29                    Assets Exempt: $0.00
_(without deducting any secured claims)_

Total Distribution to Claimants:$542,021.76     Claims Discharged
                                                Without Payment: $546,703.50

Total Expenses of Administration:$85,755.04

3)  Total gross receipts of $      792,716.34    (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $      164,939.54 (see **Exhibit 2**), yielded net receipts of  $627,776.80
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $233,949.41 | $751,781.64 | $751,781.64 | $517,021.76 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 85,755.04 | 85,755.04 | 85,755.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,080.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 559,564.31 | 54,586.04 | 25,000.00 | 25,000.00 |
| **TOTAL DISBURSEMENTS** | $795,593.72 | $892,122.72 | $862,536.68 | $627,776.80 |

4) This case was originally filed under Chapter 7 on September 24, 2012. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/15/2014          By: /s/BERNARD J. NATALE
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Receipt of Credit Balance from Acct | 1290-000 | 996.70 |
| Refund on Unemployment taxes | 1224-000 | 347.90 |
| Refund on water bill | 1290-000 | 12.31 |
| Accounts Receivable - See attached | 1121-000 | 96,343.98 |
| Machiinery, fixtures and equipment. (See attache | 1129-000 | 659,758.17 |
| WI TAX REFUND | 1224-000 | 236.88 |
| FED TAX INCOME REFUND | 1224-000 | 366.00 |
| Refund - Telephone | 1229-000 | 55.82 |
| 941 Tax Refunds 9/11 and 3/11 | 1224-000 | 6,602.62 |
| Unscheduled W/H Refund for 3/31/11 | 1224-000 | 806.37 |
| Unscheduled W/H Refund for 6/30/11 | 1224-000 | 430.14 |
| Unscheduled W/H Refund for 9/30/11 | 1224-000 | 716.45 |
| Scrap Metal from 1218 Schappert Drive | 1229-000 | 20,625.00 |
| Note Receivable - John Stumpf | 1221-000 | 5,000.00 |
| Potential WI State Refund for 2012 | 1224-000 | 418.00 |
| **TOTAL GROSS RECEIPTS** | | $792,716.34 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Trustee Stephen Balsley | 17% of the Proceeds of Joint Auction Held on 5/16/13 Case #12-83613 | 8500-002 | 107,483.89 |
| Trustee Stephen Balsley | 8% Proceeds from the Joint Sale held 5/16/13  Case #12-83611 | 8500-002 | 50,580.65 |
| HINSHAW CULBERTSON | 17% of Adm Rent Paid for Estate of Clean Construction | 8500-002 | 4,675.00 |

**UST Form 101-7-TDR (10/1/2010)**

| HINSHAW CULBERTSON | 8% Paid for Adm Rent for Estate of Glass Recycling   8500-002 | | 2,200.00 |
|---|---|---|---|

| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $164,939.54 |
|---|---|---|---|

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | JPMorgan Chase | 4110-000 | 233,949.41 | 751,781.64 | 751,781.64 | 517,021.76 |
| **TOTAL SECURED CLAIMS** | | | $233,949.41 | $751,781.64 | $751,781.64 | $517,021.76 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 41.20 | 41.20 | 41.20 |
| KARL K BARNES & ASSOCIATES P C | 3410-000 | N/A | 2,525.00 | 2,525.00 | 2,525.00 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 5,669.50 | 5,669.50 | 5,669.50 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 0.00 | 0.00 | 0.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 101.39 | 101.39 | 101.39 |
| BERNARD J. NATALE | 2100-000 | N/A | 34,638.84 | 34,638.84 | 34,638.84 |
| CLERK OF THE BANKRUPTCY COURT | 2700-000 | N/A | 293.00 | 293.00 | 293.00 |
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 314.29 | 314.29 | 314.29 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 17,993.75 | 17,993.75 | 17,993.75 |
| HINSHAW CULBERTSON | 2410-000 | N/A | 20,625.00 | 20,625.00 | 20,625.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 155.20 | 155.20 | 155.20 |
| The Bank of New York Mellon | 2600-000 | N/A | 160.02 | 160.02 | 160.02 |
| Rabobank, N.A. | 2600-000 | N/A | 129.63 | 129.63 | 129.63 |
| Rabobank, N.A. | 2600-000 | N/A | 114.64 | 114.64 | 114.64 |
| Rabobank, N.A. | 2600-000 | N/A | 118.82 | 118.82 | 118.82 |
| Rabobank, N.A. | 2600-000 | N/A | 154.35 | 154.35 | 154.35 |
| Rabobank, N.A. | 2600-000 | N/A | 189.66 | 189.66 | 189.66 |
| Rabobank, N.A. | 2600-000 | N/A | 680.76 | 680.76 | 680.76 |
| Rabobank, N.A. | 2600-000 | N/A | 1,017.10 | 1,017.10 | 1,017.10 |
| Rabobank, N.A. | 2600-000 | N/A | 298.33 | 298.33 | 298.33 |

**UST Form 101-7-TDR (10/1/2010)**

| Rabobank, N.A. | 2600-000 | N/A | 238.06 | 238.06 | 238.06 |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 160.96 | 160.96 | 160.96 |
| Rabobank, N.A. | 2600-000 | N/A | 135.54 | 135.54 | 135.54 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$85,755.04** | **$85,755.04** | **$85,755.04** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Jose M. Belmontes | 5200-000 | 680.00 | N/A | N/A | 0.00 |
| NOTFILED | Rufino Escorcia | 5200-000 | 740.00 | N/A | N/A | 0.00 |
| NOTFILED | Abel Mora | 5200-000 | 660.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$2,080.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Weimer Bearing & Transmission, Inc. | 7100-000 | N/A | 5,733.11 | 2,625.72 | 2,625.72 |
| 2 | Donley Trucking | 7100-000 | 1,205.21 | 3,493.85 | 1,600.16 | 1,600.16 |
| 3 | Maggio Truck Recycling, Inc. | 7100-000 | 3,380.00 | 1,026.47 | 470.12 | 470.12 |
| 4 | Cellusuede | 7100-000 | 1,144.60 | 331.61 | 151.87 | 151.87 |
| 5 | Remcon Equipment Inc. | 7100-000 | 1,455.00 | 1,455.00 | 666.38 | 666.38 |
| 7 | Wilkens Industries, Inc. | 7100-000 | N/A | 1,433.49 | 656.53 | 656.53 |
| 8 | Village Of Pleasant Prairie | 7100-000 | 7,756.00 | 41,112.51 | 18,829.22 | 18,829.22 |
| NOTFILED | Rigging Services Inc. | 7100-000 | 5,742.91 | N/A | N/A | 0.00 |
| NOTFILED | Reed's Mobil Equipment Repair | 7100-000 | 2,623.40 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Republic Services % Jean Busch | 7100-000 | 24,364.00 | N/A | N/A | 0.00 |
| NOTFILED | Rock Valley Publishing | 7100-000 | 110.40 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Process Control | 7100-000 | 121.80 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Spring | 7100-000 | 181.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Business Systems | 7100-000 | 104.10 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Industrial Welding | 7100-000 | 98.10 | N/A | N/A | 0.00 |
| NOTFILED | Rock River Disposal | 7100-000 | 41,835.00 | N/A | N/A | 0.00 |
| NOTFILED | Randee's Music | 7100-000 | 83.60 | N/A | N/A | 0.00 |
| NOTFILED | Pierce Distributors | 7100-000 | 218.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicholson Hardware | 7100-000 | 171.70 | N/A | N/A | 0.00 |
| NOTFILED | Paccar Parts | 7100-000 | 3,552.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Pallet | 7100-000 | 5,490.62 | N/A | N/A | 0.00 |
| NOTFILED | Miller-Bradford & Risberg Inc. | 7100-000 | 6,735.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Toolcraft | 7100-000 | 692.00 | N/A | N/A | 0.00 |
| NOTFILED | Mike Nelson & Family | 7100-000 | 768.00 | N/A | N/A | 0.00 |
| NOTFILED | Pitney Bowes Inc. | 7100-000 | 211.00 | N/A | N/A | 0.00 |
| NOTFILED | Panoramic Janesville | 7100-000 | 1,163.00 | N/A | N/A | 0.00 |
| NOTFILED | Pacemaker Belvidere | 7100-000 | 142.00 | N/A | N/A | 0.00 |
| NOTFILED | PRI Group LLC | 7100-000 | 432.80 | N/A | N/A | 0.00 |
| NOTFILED | Sta Rite | 7100-000 | 5,866.70 | N/A | N/A | 0.00 |
| NOTFILED | Ryan Anderson Trucking Inc. | 7100-000 | 2,605.90 | N/A | N/A | 0.00 |
| NOTFILED | Veolia ES Orchard Hills Landfill | 7100-000 | 4,672.00 | N/A | N/A | 0.00 |
| NOTFILED | Veolia - Lowe's Veolia ES Solid Waste Miwest, LLC | 7100-000 | 2,346.00 | N/A | N/A | 0.00 |
| NOTFILED | Veolia Environmental Services | 7100-000 | 35,450.00 | N/A | N/A | 0.00 |
| NOTFILED | Waldon Electronics | 7100-000 | 44.20 | N/A | N/A | 0.00 |
| NOTFILED | Waste Management | 7100-000 | 2,747.60 | N/A | N/A | 0.00 |
| NOTFILED | Warner Linear | 7100-000 | 167.50 | N/A | N/A | 0.00 |
| NOTFILED | X-Pert One Trucking Corp. | 7100-000 | 2,497.00 | N/A | N/A | 0.00 |
| NOTFILED | West Florida Recycling | 7100-000 | 1,470.00 | N/A | N/A | 0.00 |
| NOTFILED | Winnebago Reclamation Services | 7100-000 | 135,592.00 | N/A | N/A | 0.00 |
| NOTFILED | Veolia - Greenlee Veolia ES Solid Waste Midwest LLC | 7100-000 | 1,556.80 | N/A | N/A | 0.00 |
| NOTFILED | Town & County Sanitation | 7100-000 | 4,412.70 | N/A | N/A | 0.00 |
| NOTFILED | UDL Laboratories | 7100-000 | 1,325.60 | N/A | N/A | 0.00 |
| NOTFILED | Southeastern Container | 7100-000 | 1,294.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Silgan | 7100-000 | 103.80 | N/A | N/A | 0.00 |
| NOTFILED | Sims Bros, Inc. | 7100-000 | 1,391.13 | N/A | N/A | 0.00 |
| NOTFILED | Southern Lakes Recycle | 7100-000 | 4,088.70 | N/A | N/A | 0.00 |
| NOTFILED | MidAmerican Energy | 7100-000 | 1,241.00 | N/A | N/A | 0.00 |
| NOTFILED | Sprint | 7100-000 | 1,464.90 | N/A | N/A | 0.00 |
| NOTFILED | TH Foods | 7100-000 | 4,657.50 | N/A | N/A | 0.00 |
| NOTFILED | Strategic Materials Inc. | 7100-000 | 1,876.20 | N/A | N/A | 0.00 |
| NOTFILED | Syncreon Belvidere | 7100-000 | 16,047.00 | N/A | N/A | 0.00 |
| NOTFILED | Seneca Foods Inc. | 7100-000 | 5,105.60 | N/A | N/A | 0.00 |
| NOTFILED | Jamco Products | 7100-000 | 581.00 | N/A | N/A | 0.00 |
| NOTFILED | Mid-City Office Products | 7100-000 | 270.61 | N/A | N/A | 0.00 |
| NOTFILED | Anderson Packaging - New Milford | 7100-000 | 862.55 | N/A | N/A | 0.00 |
| NOTFILED | Anderson Packaging - Assembly | 7100-000 | 265.06 | N/A | N/A | 0.00 |
| NOTFILED | Anderson Packaging - Kishwaukee | 7100-000 | 993.16 | N/A | N/A | 0.00 |
| NOTFILED | Belvidere USA Corporation | 7100-000 | 83.70 | N/A | N/A | 0.00 |
| NOTFILED | Caterpillar Financial Services Corp. | 7100-000 | 796.55 | N/A | N/A | 0.00 |
| NOTFILED | Boylan High School | 7100-000 | 29.15 | N/A | N/A | 0.00 |
| NOTFILED | City Of Rockford | 7100-000 | 12.52 | N/A | N/A | 0.00 |
| NOTFILED | Chrysler Corporation | 7100-000 | 4,846.19 | N/A | N/A | 0.00 |
| NOTFILED | City Of Beloit Public Works Operations | 7100-000 | 8,745.24 | N/A | N/A | 0.00 |
| NOTFILED | Accent Wire Produce | 7100-000 | 9,313.58 | N/A | N/A | 0.00 |
| NOTFILED | Rufino Escorcia | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | AA Construction | 7100-000 | 19,280.00 | N/A | N/A | 0.00 |
| NOTFILED | Jose M. Belmontes | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Abel Mora | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 2,425.57 | N/A | N/A | 0.00 |
| NOTFILED | Contract Transport Services, Inc. | 7100-000 | 10,128.60 | N/A | N/A | 0.00 |
| NOTFILED | Iron Mountain | 7100-000 | 31,823.00 | N/A | N/A | 0.00 |
| NOTFILED | Indiana Insurance Company | 7100-000 | 21,211.00 | N/A | N/A | 0.00 |
| NOTFILED | International Paper | 7100-000 | 1,763.00 | N/A | N/A | 0.00 |
| NOTFILED | Kable News Co., Inc. Kable Square Mt. Morris | 7100-000 | 773.00 | N/A | N/A | 0.00 |
| NOTFILED | Kelley Williamson Company | 7100-000 | 2,798.00 | N/A | N/A | 0.00 |
| NOTFILED | Kehms | 7100-000 | 1,744.00 | N/A | N/A | 0.00 |
| NOTFILED | Marengo Disposal | 7100-000 | 6,076.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | L & P Wire Tie Systems U.S. Bank | 7100-000 | 3,421.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Lab Safety Supply | 7100-000 | 7,715.00 | N/A | N/A | 0.00 |
| NOTFILED | Haycore Canada | 7100-000 | 65,380.00 | N/A | N/A | 0.00 |
| NOTFILED | Great Lakes Recycling Services, Inc. | 7100-000 | 1,733.82 | N/A | N/A | 0.00 |
| NOTFILED | Greenlee Textron -- 4455 Boeing Drive | 7100-000 | 5.40 | N/A | N/A | 0.00 |
| NOTFILED | Eco Tech | 7100-000 | 336.53 | N/A | N/A | 0.00 |
| NOTFILED | Custom Pack | 7100-000 | 956.28 | N/A | N/A | 0.00 |
| NOTFILED | Eco Lab, Inc. | 7100-000 | 739.12 | N/A | N/A | 0.00 |
| NOTFILED | Express America Inc. | 7100-000 | 2,510.98 | N/A | N/A | 0.00 |
| NOTFILED | Fleet Lift Truck Service Inc. | 7100-000 | 2,068.17 | N/A | N/A | 0.00 |
| NOTFILED | Fastenal Company | 7100-000 | 1,361.49 | N/A | N/A | 0.00 |
| NOTFILED | Gray Foods Inc. | 7100-000 | 123.72 | N/A | N/A | 0.00 |
| NOTFILED | G & K Services | 7100-000 | 442.30 | N/A | N/A | 0.00 |
| NOTFILED | GKN Rockford | 7100-000 | 123.72 | N/A | N/A | 0.00 |
| NOTFILED | Mega Fab | 7100-000 | 20.23 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $559,564.31 | $54,586.04 | $25,000.00 | $25,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-83609
**Case Name:** ONE SOURCE RECYCLING, INC.

**Period Ending:** 04/15/14

**Trustee:** (330370)   BERNARD J. NATALE
**Filed (f) or Converted (c):** 09/24/12 (f)
**§341(a) Meeting Date:** 10/25/12
**Claims Bar Date:** 01/30/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account Chase Bank accounts, certificat | 13,694.29 | 13,694.29 | | 0.00 | FA |
| 2 | Accounts Receivable - See attached | 338,822.35 | 13,000.00 | | 96,343.98 | FA |
| 3 | Machiinery, fixtures and equipment. (See attache | 293,000.00 | 293,000.00 | | 659,758.17 | FA |
| 4 | WI TAX REFUND  (u)<br> For Tax Period ending 3/31/11 | 0.00 | 236.88 | | 236.88 | FA |
| 5 | FED TAX INCOME REFUND  (u)<br> FOR PERIOD ENDING 12/111 | 0.00 | Unknown | | 366.00 | FA |
| 6 | Refund - Telephone  (u) | 0.00 | 55.82 | | 55.82 | FA |
| 7 | 941 Tax Refunds 9/11 and 3/11  (u) | 0.00 | 6,602.62 | | 6,602.62 | FA |
| 8 | Unscheduled W/H Refund for 3/31/11  (u) | 0.00 | 806.37 | | 806.37 | FA |
| 9 | Unscheduled W/H Refund for 6/30/11  (u) | 0.00 | 430.14 | | 430.14 | FA |
| 10 | Unscheduled W/H Refund for 9/30/11  (u) | 0.00 | 716.45 | | 716.45 | FA |
| 11 | Scrap Metal from 1218 Schappert Drive  (u) | 0.00 | 22,000.00 | | 20,625.00 | FA |
| 12 | Note Receivable - John Stumpf  (u) | 33,438.89 | 10,000.00 | | 5,000.00 | FA |
| 13 | Potential WI State Refund for 2012  (u) | Unknown | 418.00 | | 418.00 | FA |
| 13 | **Assets**   **Totals** (Excluding unknown values) | **$678,955.53** | **$360,960.57** | | **$791,359.43** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     December 31, 2013      **Current Projected Date Of Final Report (TFR):**     January 29, 2014  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-83609
**Case Name:** ONE SOURCE RECYCLING, INC.

**Taxpayer ID #:** **-***1243
**Period Ending:** 04/15/14

**Trustee:** BERNARD J. NATALE (330370)
**Bank Name:** The Bank of New York Mellon
**Account:** ****-******16-66 - Checking Account
**Blanket Bond:** $606,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/30/12 | {2} | Ford Tool & Machining | Invoice No  69016  $25.00 | 1121-000 | 25.00 | | 25.00 |
| 10/30/12 | {2} | Pierce Distribution Services Co. | Invoice No 69250 $31.92 | 1121-000 | 31.92 | | 56.92 |
| 10/30/12 | {2} | Citgo Petroleum Corporation | Midwest Invoice No 132332727  $52.00 | 1121-000 | 52.00 | | 108.92 |
| 10/30/12 | {6} | TDS Metrocom, LLC | Refund  815-877-4179 | 1229-000 | 55.82 | | 164.74 |
| 10/30/12 | {2} | Anderson Brecon | Invoice No 69123 $90.00 | 1121-000 | 90.00 | | 254.74 |
| 10/30/12 | {2} | Aurora Specialty Textiles Group, Inc. | Invoice No 69185 $150.00 | 1121-000 | 150.00 | | 404.74 |
| 10/30/12 | {2} | Alter Metal Recycling | Pymt of A/R | 1121-000 | 172.80 | | 577.54 |
| 10/30/12 | {2} | Alter Metal Recycling | Pymt of A/R | 1121-000 | 188.75 | | 766.29 |
| 10/30/12 | {2} | Behr Iron and Steel, Inc. | Invoice No 3597515 #192.60 | 1121-000 | 192.60 | | 958.89 |
| 10/30/12 | {4} | Wisconsin Department of Revenue | Refund for withholdings for tax period ending 3/31/11 | 1224-000 | 236.88 | | 1,195.77 |
| 10/30/12 | {2} | Behr Iron and Steel, Inc. | Invoice No 3620543  $147.20~Invoice No 3620725  $187.20 | 1121-000 | 334.40 | | 1,530.17 |
| 10/30/12 | {2} | GKN Rockford, Inc. | Invoice No 68984 $350.00 | 1121-000 | 350.00 | | 1,880.17 |
| 10/30/12 | {5} | United States Treasury | Refund for tax period ending 12/11 | 1224-000 | 366.00 | | 2,246.17 |
| 10/30/12 | {2} | TH Foods, Inc. | Invoice No 69142 $400.00 | 1121-000 | 400.00 | | 2,646.17 |
| 10/30/12 | {2} | Veolia Environmental Services | Invoice No 11566  $450.00 | 1121-000 | 450.00 | | 3,096.17 |
| 10/30/12 | {2} | Panoramic Inc | Invoice No 69188  $150.00~Invoice NO 69203 $600.00 | 1121-000 | 750.00 | | 3,846.17 |
| 10/30/12 | {2} | National Fiber Supply Company | Invoice No 69238 $820.40 | 1121-000 | 820.40 | | 4,666.57 |
| 10/30/12 | {2} | Northwest Pallet Supply Co. | Invoice No 68913  $500.00~Invoice No 68931 $435.00~Invoice No  68951 $458.28 | 1121-000 | 1,393.28 | | 6,059.85 |
| 10/30/12 | {2} | Liebovich Steel & Aluminum Co. | Invoice No 69204  $1790.25 | 1121-000 | 1,790.25 | | 7,850.10 |
| 10/30/12 | {2} | National Fiber Supply Company | Invoice No 69212  $846.80~Invoice No 69221 $3016.20 | 1121-000 | 3,863.00 | | 11,713.10 |
| 10/30/12 | {2} | Anderson Brecon | Invoice No 69160 $3766.80~Invoice No 69161 $124.58 | 1121-000 | 3,891.38 | | 15,604.48 |
| 10/30/12 | {2} | Anderson Brecon | Invoice No 69228 $1070.40~Invoice No 69229 $667.20~Invoice No 69230 $520.40~Invoice No 69231 $861.20~Invoice No 69254 $788.20~Invoice No 69252 $95.00~Invoice No 69253 $830.10~Invoice No 69249 $693.12 | 1121-000 | 5,525.62 | | 21,130.10 |
| 10/30/12 | {2} | Mega Fiber Inc. | Ref No 91912 $5939.70 | 1121-000 | 5,939.70 | | 27,069.80 |
| 10/30/12 | {2} | Anderson Brecon | Invoice No 69209  $437.60~Invoice No  69207 $1303.20~Invoice No  69173 $150.00~Invoice No  69174 $1338.00~Invoice No 69175 $ 610.50~Invoice No  69176  $2493.60~Invoice No 68995  $1580.40 | 1121-000 | 7,913.30 | | 34,983.10 |

Subtotals :  $34,983.10    $0.00

{} Asset reference(s)

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 12-83609
**Case Name:** ONE SOURCE RECYCLING, INC.

**Taxpayer ID #:** **-***1243
**Period Ending:** 04/15/14

**Trustee:** BERNARD J. NATALE (330370)
**Bank Name:** The Bank of New York Mellon
**Account:** ****-******16-66 - Checking Account
**Blanket Bond:** $606,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/30/12 | {2} | KW Plastics Recycling Division | Voucher No 916950 $9546.58 | 1121-000 | 9,546.58 | | 44,529.68 |
| 10/30/12 | {2} | KW Plastics Recycling Division | Voucher No 818319 $10572.82 | 1121-000 | 10,572.82 | | 55,102.50 |
| 10/30/12 | {2} | KW Plastics Recycling Division | Voucher No 818187 $11,005.00 | 1121-000 | 11,005.00 | | 66,107.50 |
| 10/30/12 | {2} | KW Plastics Recycling Division | Voucher No 917785 $11,068.32 | 1121-000 | 11,068.23 | | 77,175.73 |
| 11/21/12 | {2} | Liebovich Steel & Aluminum Co | Stop Payment Put on Check by Payer | 1121-000 | -1,790.25 | | 75,385.48 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 155.20 | 75,230.28 |
| 12/11/12 | {2} | Schneider Electric Buildings, LLC | Pymt for Invoice 69170 | 1121-000 | 65.00 | | 75,295.28 |
| 12/11/12 | {2} | Schneider Electric Buildings, LLC | Pymt for Invoice 69128 | 1121-000 | 130.00 | | 75,425.28 |
| 12/11/12 | {2} | Greenlee Textron | Pymt of Invoices 69167, 69166, 69166, 69168 | 1121-000 | 958.67 | | 76,383.95 |
| 12/11/12 | {2} | Waste Integration Service Center | Pymt of Invoice 69246 | 1121-000 | 990.45 | | 77,374.40 |
| 12/11/12 | {2} | GKN Rockford | Pymt of Invoice 69140 | 1121-000 | 350.00 | | 77,724.40 |
| 12/11/12 | {2} | Alter Metal Recycling | Pymt | 1121-000 | 468.00 | | 78,192.40 |
| 12/11/12 | {7} | United States Treasury | Tax Refund for 941 Taxes Period of 9/11 | 1224-000 | 3,531.81 | | 81,724.21 |
| 12/11/12 | {7} | United States Treasury | Refund of 941 Taxes for the period ending 3/11 | 1224-000 | 3,070.81 | | 84,795.02 |
| 12/18/12 | {2} | Schneider Electric Buildings, LLC | Reversed Deposit 100004 2 Pymt for Invoice 69128 | 1121-000 | -130.00 | | 84,665.02 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 160.02 | 84,505.00 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033037088 20130117 | 9999-000 | | 84,505.00 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 84,820.22 | 84,820.22 | $0.00 |
| Less: Bank Transfers | 0.00 | 84,505.00 | |
| **Subtotal** | 84,820.22 | 315.22 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$84,820.22** | **$315.22** | |

{} Asset reference(s)

Printed: 04/15/2014 10:47 AM   V.13.14

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 12-83609 |
| **Case Name:** | ONE SOURCE RECYCLING, INC. |
| **Taxpayer ID #:** | **-***1243 |
| **Period Ending:** | 04/15/14 |

| | |
|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | ****-******16-67 - Checking Account |
| **Blanket Bond:** | $606,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | **0.00** | **0.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 04/15/2014 10:47 AM    V.13.14

Exhibit 9

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 12-83609 | |
| **Case Name:** | ONE SOURCE RECYCLING, INC. | |
| **Taxpayer ID #:** | **-***1243 | |
| **Period Ending:** | 04/15/14 | |

| | | |
|---|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account:** | ******6266 - Checking Account | |
| **Blanket Bond:** | $606,000.00  (per case limit) | |
| **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 84,505.00 | | 84,505.00 |
| 01/31/13 | {2} | Schneider Electric Buildings, LLC | Pymt of Invoice #69128 | 1121-000 | 130.00 | | 84,635.00 |
| 01/31/13 | {2} | Waste Integration Service Center | Pymt of Invoices 69169, 69191, and 69192 | 1121-000 | 935.07 | | 85,570.07 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 129.63 | 85,440.44 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 114.64 | 85,325.80 |
| 03/26/13 | {9} | State of Illinois Treasurer | Unscheduled Refund for W/H for Period 6/30/11 | 1224-000 | 430.14 | | 85,755.94 |
| 03/26/13 | {8} | State of Illinois Treasurer | Unscheduled Refund for W/H for period 3/31/11 | 1224-000 | 806.37 | | 86,562.31 |
| 03/26/13 | {10} | State of Illinois Treasurer | Unscheduled Refund for W/H for period 9/30/11 | 1224-000 | 716.45 | | 87,278.76 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.82 | 87,159.94 |
| 04/09/13 | {11} | Harris Silver & Sons, Inc. | Pymt for Sale of Scrap Metal | 1229-000 | 20,625.00 | | 107,784.94 |
| 04/26/13 | {2} | Greenlee Textron | Pymt of Invoice #69029 | 1121-000 | 94.56 | | 107,879.50 |
| 04/26/13 | {2} | Acme Refining Scrap Iron & Metal Company | Pymt of Invoices 696207-210 | 1121-000 | 17,625.45 | | 125,504.95 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 154.35 | 125,350.60 |
| 05/16/13 | {12} | John Stumpf | Partial payment on compromise | 1221-000 | 5,000.00 | | 130,350.60 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 189.66 | 130,160.94 |
| 06/03/13 | 10101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #12-83609, Pymt Bond #016018067 Voided on 06/03/13 | 2300-003 | | 98.17 | 130,062.77 |
| 06/03/13 | 10101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #12-83609, Pymt Bond #016018067 Voided: check issued on 06/03/13 | 2300-003 | | -98.17 | 130,160.94 |
| 06/03/13 | 10102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #12-83609, Pymt of Bond #016018067 for 06/01/13 to 06/01/14 | 2300-000 | | 101.39 | 130,059.55 |
| 06/12/13 | {3} | PPL Group LLC | Wire Transfer for Proceeds from Auction Sale | 1129-000 | 659,758.17 | | 789,817.72 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 680.76 | 789,136.96 |
| 07/03/13 | 10103 | BERNARD J. NATALE, LTD | PAYMENT OF INTERIM ATTORNEY FEES & EXPENSES | | | 18,308.04 | 770,828.92 |
| | | | Ref # 10/23/12-06/11/13         17,993.75 | 3110-000 | | | 770,828.92 |
| | | | Ref # 10/23/12-06/11/13            314.29 | 3120-000 | | | 770,828.92 |

Subtotals :             $790,626.21          $19,797.29

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-83609
**Case Name:** ONE SOURCE RECYCLING, INC.

**Taxpayer ID #:** **-***1243
**Period Ending:** 04/15/14

**Trustee:** BERNARD J. NATALE (330370)
**Bank Name:** Rabobank, N.A.
**Account:** ******6266 - Checking Account
**Blanket Bond:** $606,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/09/13 | 10104 | HINSHAW CULBERTSON | Payment of Admin Rent Per Settlement & Order Entered by Bankruptcy Court 7/3/13 Voided on 07/10/13 | 2410-003 | | 20,625.00 | 750,203.92 |
| 07/09/13 | 10105 | Trustee Stephen Balsley | 17% of the Proceeds of Joint Auction Held on 5/16/13  Case #12-83613 | 8500-002 | | 107,483.89 | 642,720.03 |
| 07/09/13 | 10106 | Trustee Stephen Balsley | 8% Proceeds from the Joint Sale held 5/16/13 Case #12-83611 | 8500-002 | | 50,580.65 | 592,139.38 |
| 07/09/13 | 10107 | JPMORGAN CHASE | Ref # LOAN NO. ENDING 527015 Pymt per Order Entered 4/15/13 | 4110-000 | | 226,834.06 | 365,305.32 |
| 07/10/13 | 10104 | HINSHAW CULBERTSON | Payment of Admin Rent Per Settlement & Order Entered by Bankruptcy Court 7/3/13 Voided: check issued on 07/09/13 | 2410-003 | | -20,625.00 | 385,930.32 |
| 07/10/13 | 10108 | HINSHAW CULBERTSON | Pymt in full of Rent for G&E Entities per Order entered 4/15/13 | | | 27,500.00 | 358,430.32 |
| | | | 17% of Adm Rent Paid        4,675.00 for Estate of Clean Construction | 8500-002 | | | 358,430.32 |
| | | | 8% Paid for Adm Rent        2,200.00 for Estate of Glass Recycling | 8500-002 | | | 358,430.32 |
| | | HINSHAW CULBERTSON | 75% of Rent Paid for        20,625.00 Adm Rent | 2410-000 | | | 358,430.32 |
| 07/22/13 | 10109 | JPMorgan Chase | Interim payment on Claim | 4110-000 | | 150,000.00 | 208,430.32 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,017.10 | 207,413.22 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 298.33 | 207,114.89 |
| 09/03/13 | 10110 | JPMorgan Chase | Partial Pymt on Claim | 4110-000 | | 105,000.00 | 102,114.89 |
| 09/18/13 | | Patten Industries, Inc. | Receipt of Credit Balance from Acct | 1290-000 | 996.70 | | 103,111.59 |
| 09/24/13 | 10111 | KARL K BARNES & ASSOCIATES P C | Pymt of Accounting Fees Ref # 22489 | 3410-000 | | 2,525.00 | 100,586.59 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 238.06 | 100,348.53 |
| 10/01/13 | | City of Loves Park | Refund on water bill | 1290-000 | 12.31 | | 100,360.84 |
| 10/01/13 | | State of Illinois | Refund on Unemployment taxes | 1224-000 | 347.90 | | 100,708.74 |
| 10/01/13 | {13} | Wisconsin Department of Revenue | Refund for Tax Period ending 2012 | 1224-000 | 418.00 | | 101,126.74 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 160.96 | 100,965.78 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 135.54 | 100,830.24 |
| 12/16/13 | {1} | One Source Recycling, Inc. | Cash out Checking Acct at Chase Bank | 1129-000 | 1,222.74 | | 102,052.98 |
| 01/03/14 | {1} | One Source Recycling, Inc. | Check Returned NSF - No  Funds in Account | 1129-000 | -1,222.74 | | 100,830.24 |
| 02/19/14 | 10112 | BERNARD J. NATALE | Dividend paid 100.00% on $34,638.84, | 2100-000 | | 34,638.84 | 66,191.40 |

Subtotals :      $1,774.91      $706,412.43

{} Asset reference(s)                                                          Printed: 04/15/2014 10:47 AM    V.13.14

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 12-83609 | |
| **Case Name:** | ONE SOURCE RECYCLING, INC. | |
| **Taxpayer ID #:** | **-***1243 | |
| **Period Ending:** | 04/15/14 | |

| | |
|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******6266 - Checking Account |
| **Blanket Bond:** | $606,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Trustee Compensation;  Reference: | | | | |
| 02/19/14 | 10113 | CLERK OF THE BANKRUPTCY COURT | Dividend paid 100.00% on $293.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: RE STUMPF | 2700-000 | | 293.00 | 65,898.40 |
| 02/19/14 | 10114 | Weimer Bearing & Transmission, Inc. | Distribution paid 100.00% on $2,625.72; Claim# 1; Filed: $5,733.11; Reference: | 7100-000 | | 2,625.72 | 63,272.68 |
| 02/19/14 | 10115 | Donley Trucking | Distribution paid 100.00% on $1,600.16; Claim# 2; Filed: $3,493.85; Reference: | 7100-000 | | 1,600.16 | 61,672.52 |
| 02/19/14 | 10116 | Maggio Truck Recycling, Inc. | Distribution paid 100.00% on $470.12; Claim# 3; Filed: $1,026.47; Reference: | 7100-000 | | 470.12 | 61,202.40 |
| 02/19/14 | 10117 | Cellusuede | Distribution paid 100.00% on $151.87; Claim# 4; Filed: $331.61; Reference: | 7100-000 | | 151.87 | 61,050.53 |
| 02/19/14 | 10118 | Remcon Equipment Inc. | Distribution paid 100.00% on $666.38; Claim# 5; Filed: $1,455.00; Reference: | 7100-000 | | 666.38 | 60,384.15 |
| 02/19/14 | 10119 | Wilkens Industries, Inc. | Distribution paid 100.00% on $656.53; Claim# 7; Filed: $1,433.49; Reference: | 7100-000 | | 656.53 | 59,727.62 |
| 02/19/14 | 10120 | Village Of Pleasant Prairie | Distribution paid 100.00% on $18,829.22; Claim# 8; Filed: $41,112.51; Reference: | 7100-000 | | 18,829.22 | 40,898.40 |
| 02/19/14 | 10121 | JPMorgan Chase | Distribution paid  68.77% on $751,781.64; Claim# 6; Filed: $751,781.64; Reference: | 4110-000 | | 35,187.70 | 5,710.70 |
| 02/19/14 | 10122 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 5,710.70 | 0.00 |
| | | | Dividend paid 100.00%          5,669.50 on $5,669.50;  Claim# ATTY; Filed: $5,669.50; Reference: FINAL FEES | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%            41.20 on $41.20;  Claim# EXP; Filed: $41.20; Reference: FINAL | 3120-000 | | | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 792,401.12 | 792,401.12 | $0.00 |
| Less: Bank Transfers | 84,505.00 | 0.00 |
| **Subtotal** | 707,896.12 | 792,401.12 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$707,896.12** | **$792,401.12** |

{} Asset reference(s)

Printed: 04/15/2014 10:47 AM    V.13.14

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-83609 | |
| **Case Name:** ONE SOURCE RECYCLING, INC. | |
| | |
| **Taxpayer ID #:** **-***1243 | |
| **Period Ending:** 04/15/14 | |

| | |
|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******6266 - Checking Account |
| **Blanket Bond:** | $606,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

Net Receipts :  792,716.34
Less Other Noncompensable Items :  164,939.54
_____
Net Estate :  $627,776.80

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******16-66** | 84,820.22 | 315.22 | 0.00 |
| **Checking # ****-******16-67** | 0.00 | 0.00 | 0.00 |
| **Checking # ******6266** | 707,896.12 | 792,401.12 | 0.00 |
| | $792,716.34 | $792,716.34 | $0.00 |

{} Asset reference(s)

Printed: 04/15/2014 10:47 AM    V.13.14